SAMUEL GREENBERG, Appellant, v. COLONIAL STUDIOS et al., Defendants, and IAN WOODNER et al., Respondents.— The receiver was justified, under the circumstances, in respecting the prohibition set forth in subdivision 1 of section 301 of the Multiple Dwelling Law and in accordingly refusing to rent the vacant apartments. In view of the serious nature of the violations, their pendency since 1947, defendants' knowledge of the violations and their failure to take action with relation thereto, the defendants Jones and Ward are not entitled to be recompensed for any rental losses. Order unanimously modified to the extent of eliminating the awards of $120 to the defendant Jones and $560 to the defendant Ward and, as so modified, affirmed. Present — Peck, P. J., Bastow, Botein and Bergan, JJ.

■

In the Matter of the Arbitration between LEHIGH RIVER MILL, INC., et al., Respondents, and J. P. FRIEDMAN, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Callahan, Bastow, Botein and Bergan, JJ.

■

MARIE VON DIEZELSKI et al., Respondents, v. SIEGEL CONSERVATION CORPORATION, Appellant.— Judgment unanimously reversed and a new trial ordered on the ground of excessiveness, with costs to the appellant, unless the plaintiffs stipulate to reduce the amounts awarded to $3,000 and $1,500 respectively, in which event the judgment, as modified, is affirmed, without costs. Settle order on notice. Present — Peck, P. J., Callahan, Bastow, Botein and Bergan, JJ.

■

ALBERT ZERKOWITZ, Appellant, v. INTRA-MAR SHIPPING CORP. et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Bastow, Botein and Bergan, JJ.

■

HOWLAND S. DAVIS et al., Appellants, v. GEORGE C. FRASER et al., as Trustees of TEXAS PACIFIC LAND TRUST under a Declaration of Trust Made by CHARLES J. CANDA and Others, et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Bastow, Botein and Bergan, JJ. [See post, p. 783.]

■

DOROTHY MCCLATCHIE, an Infant, by AUGUSTUS W. BENNET, Her Guardian ad Litem, on Behalf of Herself and All Other Descendants of THOMAS EDWARDS and Another, Similarly Situated, Appellant, v. RECTOR, CHURCHWARDENS AND VESTRYMEN OF TRINITY CHURCH IN THE CITY OF NEW YORK, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Breitel, Bastow and Bergan, JJ. [See post, p. 792.]

■

In the Matter of the Probate of the Will of LOUIS ROSENBERG, Deceased. HOWARD ROSENBERG, Appellant; SOLOMON ROSENBERG et al., Respondents. — Decree, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Bastow, Botein and Bergan, JJ.